

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00344-CV

**John B. URBAHNS,**
Appellant

v.

**LSREF2 COBALT (TX), LLC,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22479
Honorable Richard Price, Judge Presiding

# O R D E R

On November 20, 2018, we granted the parties' joint motion to abate this appeal until November 30, 2018, to allow time for settlement discussions. We ordered Appellant to file in this court not later than November 30, 2018, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed. We advised the parties that if they did not settle by the deadline, Appellee's brief would be due on December 10, 2018.

On November 30, 2018, Appellant filed a motion to reinstate the appeal.

We REINSTATE the appellate timetable. Appellee's brief is due on December 10, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court